UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED
AUG 21 2008
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Louis Thomas     31173

_(Enter above the full name of the plaintiff or plaintiffs in this action)._    _(Inmate Reg.# of each Plaintiff)_

**VERSUS**     CIVIL ACTION NO. 2:08-1015
_(Number to be assigned by Court)_

Wardon Davis Ballard

Dentist John Doe

medical docter Obenza

_(Enter above the full name of the defendant or defendants in this action)._

## COMPLAINT

I. **Previous Lawsuits**

    A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

                 Yes ✓    No ___

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

    Plaintiffs: Louis Thomas

    Defendants: warden, Huttonsville correctional, and Potomac Highlands and mount olive correctional complex officers John Doe

2. Court (if federal court, name the district; if state court, name the county):

    United States District Court Southern District of west Virginia at chareston

3. Docket Number: _____

4. Name of judge to whom case was assigned:

    mary e. stanley

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

    its still pending

6. Approximate date of filing lawsuit: January 1, 2008

7. Approximate date of disposition: _____

II. **Place of Present Confinement:** mt olive correctional complex

  A. Is there a prisoner grievance procedure in this institution?

   Yes ✓   No ___

  B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ✓   No ___

  C. If your answer is YES:

   1. What steps did you take? Presented my complaint in my state grievance procedure.

   2. What was the result? I was ignored

  D. If your answer is NO, explain why not: ___

III. **Parties**

  (In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

  A. Name of Plaintiff: Louis Thomas
   Address: Mt Sideway mt olive correctional complex 25185

  B. Additional Plaintiffs and Address: ___

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant _Davis Ballard, Dentist John doe, medical docter OBENZA_

is employed as _The Wardon, Dentist John doe, medical docter OBENZA_

at _Mt sideway mtolive correctional complex_

D. Additional defendants: _____

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

_I have been trying hard to have my bottom teeth which bother me fixed, and my broken nose examined. Dentist John Doe are employed under Davis Ballard who is the wardon and medical docter obenza is employed under Davis Ballard also_

IV. Statement of Claim (continued):

V. **RELIEF**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would ask the court to pay me $20,000 for my broken nose because medical docter obenza refuses to examine it and correctional complex's are the cause.

I would also like the courts to award me $10,000 for my Broken teeth because it was not fixed by dentist and it Bothers me

## V. Relief (continued)

_____

_____

_____

_____

_____

_____

## VII. Counsel

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes ____      No ✓

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: I Tryed but it did not work for me.

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes ____      No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this 28 day of _____, 19 05.2007

_____

*Louis Thomas*

Louis Thomas 31173
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

Louis Thomas 31173
Box 1
Mountside Way,
Mount Olive W.Va 25185

CORRES...
AT MOUNT OLIVE ... COMPLEX

Clerk, United States District Court
P.O. Box 5009,
Beckley, West Virginia 25801